**Opinion issued October 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00453-CV

———————————

**GEORGE GREEN, Appellant**

**V.**

**THE TEXAS A & M UNIVERSITY SYSTEM AND PRAIRIE VIEW A & M UNIVERSITY, Appellees**

---

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 12-07-21518**

---

## MEMORANDUM OPINION

Appellant, George Green, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013);

Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has failed to timely file his appellate brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on June 26, 2014, and again on August 8, 2014, that this appeal was subject to dismissal, appellant did not timely respond to either notice. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of the required fee and for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 5, 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

2